UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

_____
UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )   Civil Action No.
                                    )   3:19-cv-01217
      v.                            )
                                    )
CANNERY PIER HOTEL LLC, and         )   CONSENT DECREE
the ESTATE OF ROBERT H. JACOB,      )
                                    )
            Defendants.             )
_____)

**NOTICE OF LODGING OF CONSENT DECREE**

The United States of America ("United States"), on behalf of the National Pollution Funds Center of the United States Coast Guard, has today lodged with this Court a Complaint and Consent Decree in this action. The Complaint alleges civil claims under the Oil Pollution Act of 1990, 33 U.S.C. 2701, et seq., for the recovery of $994,146.43 in costs and damages paid by the National Pollution Funds Center of the United States Coast Guard in response to discharges of oil into the Columbia River in Astoria, Oregon. The Consent Decree resolves the claims set forth in the Complaint. It requires, among other provisions, that the defendants pay $994,146.43 to the National Pollution Funds Center of the United States Coast Guard.

The United States will publish in the Federal Register a public notice of the lodging of the Consent Decree, after which time, for a period of 30 days, the United States will receive public comments, if any, on the Consent Decree. The United States has, in the Decree, reserved its right to withdraw from the Decree if public comments disclose that the decree is inappropriate, improper, or inadequate.

- 1 -

**Accordingly, this Court should not enter the Amended Decree at this time.** Once the public-comment period has closed, the United States will review any public comments submitted and make the appropriate filings with this Court.

    Respectfully submitted,

    NATHANIEL DOUGLAS
    Assistant Section Chief
    Environmental Enforcement Section
    Environment and Natural Resources Division

    _s/ Sean Carman_____
    SEAN CARMAN
    Senior Counsel
    Environment and Natural Resources Division
    U.S. Department of Justice
    P.O. Box 7611
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone:  (202) 514-2746
    Facsimile:  (202) 514-0097
    sean.carman@usdoj.gov

    BILLY J. WILLIAMS
    United States Attorney
    District of Oregon

    ALEXIS LIEN
    Assistant United States Attorney
    1000 S.W. Third Ave., Suite 600
    Portland, OR  97204-2904
    Telephone:  (503) 727-1098
    alexis.lien@usdoj.gov

OF COUNSEL:

HELKEI HEMMINGER
LEGAL COUNSEL
NATIONAL POLLUTION FUNDS CENTER
UNITED STATES COAST GUARD
2703 MARTIN LUTHER KING, JR. AVE. SE
WASHINGTON, D.C.  20593-7605